FILED

2005 MAY 16  P 2:07

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY:_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAY QUOE LONG, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CV. F-04-5347 OWW <br> CR. F-96-5135 OWW <br><br> (~~PROPOSED~~) <br><br> ORDER GRANTING GOVERNMENT'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED PETITION TO VACATE SENTENCE |

**O R D E R**

The government having applied for an additional extension of time to respond to the defendant's petition to vacate sentence in this case, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT

The government may have until August 31, 2005 to respond to the defendant's petition to vacate sentence.

DATED: 5-16, 2005

_____
Honorable Oliver W. Wanger
United States District Judge