UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>WAY QUOE LONG,<br><br>             Defendant. | Case No.: 1:96-cr-05135-AWI-1<br><br>**ORDER RE REQUEST FOR COUNSEL**<br>**(Doc. 210)** |

The Court is in receipt of Defendant's *pro se* request for counsel to assist Defendant in the filing of a motion to reduce sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. Should the FDO determine it is not appropriate for the FDO to file a Section 3582 Motion on behalf of Defendant, Defendant is entitled to file such a motion pro se. The Court will not construe Defendant's request for counsel as a Section 3582 Motion.

IT IS SO ORDERED.

Dated:   October 29, 2015                                    _____
                                                                              SENIOR DISTRICT JUDGE